THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEMETRIO D'AMBROSI,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC; and<br>JOHN BLENKE,<br><br>        Defendants. | NO. 2:08-cv-01664-RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TRANS UNION, LLC AND JOHN BLENKE** |

*Pro Se* Plaintiff Demetrio D'Ambrosi and Defendants Trans Union, LLC and John Blenke, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of *Pro Se* Plaintiff Demetrio D'Ambrosi against Defendants Trans Union, LLC and John Blenke are dismissed, with prejudice. *Pro Se* Plaintiff Demetrio D'Ambrosi and Defendants Trans Union, LLC and John Blenke shall each bear their own costs and attorneys' fees.

ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TRANS UNION, LLC AND JOHN BLENKE - 1
c\s:\martinez\d'ambrosi08-1664dsm.doc

**MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Date: January 6, 2009.

 *[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| Demetrio D'Ambrosi<br>218 Main Street, Spt. 398<br>Kirkland, WA  98033 | George W. Akers, P.S.<br>Montgomery Purdue Blankinship &<br>Austin PLLC<br>5500 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA  98104-7096 |
|---|---|

ORDER OF DISMISSAL WITH PREJUDICE AS
TO DEFENDANTS TRANS UNION, LLC AND
JOHN BLENKE  - 2
c\s:\martinez\d'ambrosi08-1664dsm.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX